Elizabeth BUNDANG, Petitioner,

v.

MERIT SYSTEMS PROTECTION
BOARD, Respondent.

No. 02–3077.

United States Court of Appeals,
Federal Circuit.

Aug. 26, 2002.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

WAYMARK CORPORATION
and Carvello Family LP,
Plaintiffs–Appellants,

and

Joseph J. Zito and Alexander
B. Rotbart, Sanctioned
Parties–Appellants,

v.

PORTA SYSTEMS CORPORATION,
Defendant–Appellee.

Nos. 01–1245, 01–1277, 01–1280,
02–1318, 02–1328.

United States Court of Appeals,
Federal Circuit.

Aug. 27, 2002.

## ORDER

Waymark Corporation et al. (Waymark) and Joseph J. Zito et al. (Zito) having failed to respond to the court's July 19, 2002 order directing them to show cause why their appeals should not be dismissed for lack of jurisdiction,

IT IS ORDERED THAT:

(1) The appeals are dismissed.

(2) All sides shall bear their own costs.